## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  RACHEL A. WALLIN<br>             Plaintiff,<br>v.<br><br>2.  M & N DEALERSHIPS IV, LLC<br>     D/B/A BARRY SANDERS SUPERCENTER<br><br>3.  M & N HOLDINGS, LLC<br>             Defendants. | Case No.:  CIV-14-885-D |

# NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
# F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff RACHEL A. WALLIN, and her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendants, M&N DEALERSHIPS IV, LLC, d/b/a BARRY SANDERS SUPERCENTER, and M&N HOLDINGS, LLC, for the reason that the parties have come to an agreed settlement.

Respectfully submitted,

  /s/John E. Koemel, Jr.
John E. Koemel, Jr., OBA #17659
KOEMEL LAW, PLLC
205 W. 7TH AVE., SUITE 101-B
STILLWATER, OK  74074
TELEPHONE: (405) 533-1885
FACSIMILE:  (405) 533-1867
JohnKoemel@KoemelLaw.com
ATTORNEY FOR PLAINTIFF

  /s/Rachel A. Wallin
RACHEL A. WALLIN